Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

Durango Division

| | |
|---|---|
| Jeffrey E. Bernard <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> State of Vermont <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No <br><br> **FILED** <br> UNITED STATES DISTRICT COURT <br> DENVER, COLORADO <br><br> **JAN 27 2023** <br><br> JEFFREY P. COLWELL <br> CLERK |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jeffrey E. Bernard |
   | Street Address | 1000 Goegelin Gultch Road |
   | City and County | Durango, La Plata |
   | State and Zip Code | Colorado, 81301 |
   | Telephone Number | 203-895-9919 |
   | E-mail Address | jbernard2012@hotmail.com |

Page 1 of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | State of Vermont - Department of Taxes |
| Job or Title *(if known)* | |
| Street Address | 133 State Street |
| City and County | Montpelier, Washington |
| State and Zip Code | Vermont 05633-1401 |
| Telephone Number | 802-828-2518 |
| E-mail Address *(if known)* | tax.collections@vermont.gov |

Defendant No. 2

| | |
|---|---|
| Name | State of Vermont - Department of Motor Vehicles |
| Job or Title *(if known)* | |
| Street Address | 120 State Street |
| City and County | Montpelier, Washington |
| State and Zip Code | Vermont 05603-001 |
| Telephone Number | 888-998-3766 |
| E-mail Address *(if known)* | mydmv.vermont.gov |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question       ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code Chapter 96 Racketeer Influenced and Corrupt Organizations

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Jeffrey E Bernard, is a citizen of the State of *(name)* Colorado.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      The defendant, *(name)*   State of Vermont   , is a citizen of the State of *(name)*   Vermont   . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

      The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

      Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$9,500,000 owed by the Defendant to the Plaintiff.
Actions by the Defendant inflicted extensive emotional pain and suffering on the Plaintiff, forced the Plaintiff to incur material, unwarranted personal expenses and materially damaged the Plaintiff's ability to generate business revenue and market-level personal income.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The Plaintiff operates an international trade consulting business engaged in interstate and foreign commerce.

In 2020, the State of Vermont advertised on their public web site incentives for inviduals to relocate to Vermont. The Plaintiff relocated to the state of Vermont in 2020 during the COVID crisis.

In 2020/2021 despite initial reassurances to the contrary and multiple attempts the Plaintiff's efforts to register a vehicle in Vermont with the Vermont Department of Motor Vehicle were rejected. As a result, the Plaintiff departed Vermont in June, 2021, incurring expenses [double rent, standard relocation costs] and business disruption [resignation from a security detail for a Department of Homeland security site operated by JP Morgan in Burlington].

In 2022, the Plaintiff's 2021 Vermont state income tax filing requesting a refund was reversed by the State of Vermont Department of Taxes using a clearly arbitrary, improper calculation resulting in a 4x impact to personal cash flow that forced the Plaintiff to abandon plans to lease business office space and add employees. The Plaintiff's ability to generate business revenue, grow business market value and earn market-level personal income in 2022 & 2023 was adversely impacted by the Defendant's actions. Multiple attempts to resolve the issue with the State of Vermont Department of Taxes have been met by frivolous requests for additional information and/or outright dismissal of the attempts. The Plaintiff will demonstrate that the State of Vermont:

(1) Harassed the Plaintiff through the systematic application of discriminatory practices including the withholding of regulatory information, the application of arbitrary tax calculations, the routine processing of frivolous requests and the random/inconsistent application of regulatory practices.

(2) Leveraged intimidation tactics in an effort to collect an unlawful debt in direct violation of 18 U.S. Code 1962 despite multiple requests to desist.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff asks the court to order monetary relief in the amount of $9,500,000. Despite multiple requests by the Plaintiff for the State of Vermont Department of Taxes to recalculate the income tax owed or at minimum conduct a hearing to review the calculation with the Executive Director, the Department persisted in efforts to collect an illegal payment.

Actual Damages(x3):
    Double Rent: $16,800
    Other Relocation: $45,000
    Loss of Security Detail Income: $57,000
    Administrative/Legal Expense: $108,800
    Interest & Fees: $4,500
Punitive/exemplary damages:
Loss of Business Revenue, Business Value, Personal Income&Professional Value(x3): $8,767,900
Emotional Pain & Suffering: $500,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/26/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Jeffrey E. Bernard

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address