IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00241-DDD-KAS

JEFFREY BERNARD,

    Plaintiff,

v.

STATE OF VERMONT,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Overruling Objections and Adopting Recommendation of Magistrate Judge, filed February 16, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge, Doc. 25, is ACCEPTED and ADOPTED. It is further

ORDERED that judgment is hereby entered in favor of Defendant, State of Vermont, and against Plaintiff, Jeffrey Bernard, on Defendant's Motion to Dismiss. It is further

ORDERED that plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 16th day of February, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk